UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

J & J SPORTS PRODUCTIONS, INC., :
:
    Plaintiff, :
:
    v. : No. 17-cv-1960
:
ANTHONY J. MAGLIETTA and :
MOLLY'S PUB, INC., :
:
    Defendants. :

# O R D E R

**AND NOW**, this 11th day of June, 2019, upon consideration of Plaintiff's Renewed Motion for Default Judgment, ECF No. 17, and for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiff's Renewed Motion is **GRANTED**.

2. Judgment is **ENTERED** in favor of Plaintiff and against Defendants, jointly and severally, on Count II of Plaintiff's Complaint in the amount of $4,000.

3. Count I of Plaintiff's Complaint is **DISMISSED with prejudice**.

4. Plaintiff shall file any request for attorneys' fees and costs **within fourteen days** of the date of this order.

                                              BY THE COURT:

                                              */s/ Joseph F. Leeson, Jr.*
                                              JOSEPH F. LEESON, JR.
                                              United States District Judge