UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

J & J SPORTS PRODUCTIONS, INC.,          :
                                         :
                Plaintiff,          :
                                         :
                v.                  :          No. 5:17-cv-1960
                                         :
ANTHONY J. MAGLIETTA and                 :
MOLLY'S PUB, INC.,                       :
                                         :
                Defendants.         :
_____

**O R D E R**

**AND NOW**, this 18th day of December, 2019, in this action brought under the Communications Act of 1934, 47 U.S.C. § 605, *et seq.*, and the Cable & Television Consumer Protection and Competition Act of 1992, 47 U.S.C. § 553, *et seq.*, and for the reasons set forth in the Opinion of this date, **IT IS HEREBY ORDERED** as follows:

    1.    The Plaintiff's motion for attorneys' fees and costs, ECF No. 20, is **GRANTED, in part.**

    2.    The Court awards the Plaintiff attorneys' fees in the amount of **$5,976.00**, and costs in the amount of **$1,330.00.**

    3.    The Plaintiff's motion for reconsideration pursuant to Federal Rule of Civil Procedure 59(e), ECF No. 21, **is DENIED.**

    4.    The Clerk of the Court is directed to **CLOSE** this case.

                                        BY THE COURT:

                                        */s/ Joseph F. Leeson, Jr.*
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge